No. 11–6111. ARTIS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. ▮

No. 11–6114. ROCHA v. FEINERMAN. C. A. 7th Cir. Certiorari denied.

No. 11–6115. SONG v. WELCH ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 11–6116. SINGLETON v. TEN UNIDENTIFIED UNITED STATES MARSHALS. Sup. Ct. S. C. Certiorari denied.

No. 11–6118. LITTLEJOHN v. REYNOLDS, WARDEN. C. A. 4th Cir. Certiorari denied. ▮

No. 11–6127. EASLEY v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 11–6130. KIM v. HENSE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6131. JACKSON v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–6135. MITCHELL v. GERSHEN ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 11–6136. NOROUZIAN v. TRUMAN MEDICAL CENTER, INC. C. A. 8th Cir. Certiorari denied.

No. 11–6137. SZMANIA v. COUNTRYWIDE HOME LOANS, INC. Ct. App. Wash. Certiorari denied. ▮

No. 11–6139. EVANS v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. ▮

